

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00446-CR

Isidro **RAMOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR9685
Honorable Lorina I. Rummel, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of conviction for Trial Court No. 2015CR9685, Count II that reads "THIS SENTENCE SHALL RUN CONSECUTIVE WITH COUNTS III, VI, V, VI BUT CONSECUTIVELY WITH COUNT I" is **REFORMED** to read "THIS SENTENCE SHALL RUN CONCURRENT WITH COUNTS III, IV, V, VI BUT CONSECUTIVELY WITH COUNT I."; the judgment of conviction for Trial Court No. 2015CR9685, Count III that reads "THIS SENTENCE SHALL RUN CONSECUTIVE WITH COUNTS II, VI, V, VI BUT CONSECUTIVELY WITH COUNT I" is **REFORMED** to read "THIS SENTENCE SHALL RUN CONCURRENT WITH COUNTS II, IV, V, VI BUT CONSECUTIVELY WITH COUNT I."; the amended judgment of conviction for Trial Court No. 2015CR9685, Count IV that reads "THIS SENTENCE SHALL RUN CONSECUTIVE WITH COUNTS II, III, V, VI BUT CONSECUTIVELY WITH COUNT I" is **REFORMED** to read "THIS SENTENCE SHALL RUN CONCURRENT WITH COUNTS II, III, V, VI BUT CONSECUTIVELY WITH COUNT I."; the amended judgment of conviction for Trial Court No. 2015CR9685, Count V that reads "THIS SENTENCE SHALL RUN CONSECUTIVE WITH COUNTS II, III, IV, VI BUT CONSECUTIVELY WITH COUNT I" is **REFORMED** to read "THIS SENTENCE SHALL RUN CONCURRENT WITH COUNTS II, III, IV, VI BUT CONSECUTIVELY WITH COUNT I."; and the judgment of conviction for Trial Court No. 2015CR9685, Count VI that reads "THIS SENTENCE SHALL RUN CONSECUTIVE WITH COUNTS II, III, IV, V BUT CONSECUTIVELY WITH COUNT I" is **REFORMED** to read "THIS SENTENCE SHALL RUN CONCURRENT WITH COUNTS II, III, IV, V BUT

CONSECUTIVELY WITH COUNT I." The trial court's judgment is **AFFIRMED AS REFORMED**.

SIGNED December 27, 2018.

_____
Irene Rios, Justice